IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Raymond P. Moore

Civil Action No. 17-cv-00499-RM-KMT

ADAM BILD,

    Plaintiff,

v.

USAA CASUALTY INSURANCE COMPANY,

    Defendant.

---

## ORDER GRANTING STIPULATION FOR DISMISSAL
---

    THE COURT, having received and reviewed the Stipulation for Dismissal with Prejudice (ECF No. 42) pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) (the "Stipulation"), and being fully advised in the premises,

    HEREBY GRANTS the Stipulation. This matter is hereby DISMISSED with prejudice, with each party to pay its own attorney fees and costs.

    DATED this 26th day of September, 2017.

                                       BY THE COURT:

                                       _____
                                       RAYMOND P. MOORE
                                       United States District Judge